## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: United States v. Perez      Docket No.: 26-840-cr

Lead Counsel of Record (name/firm) or Pro se Party (name): Tiffany H. Lee, AUSA

Appearance for (party/designation): Appellee, USA

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
(  ) Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
(  ) Incorrect.  The following parties do not wish to participate in this appeal:
    Parties: _____
(  ) Incorrect.  Please change the following parties' designations:
    <u>Party</u>          <u>Correct Designation</u>

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
(  ) Incorrect or Incomplete, and should be amended as follows:

Name: _____
Firm: _____
Address: _____
Telephone: _____ Fax: _____
Email: _____

## RELATED CASES

(✔) This case has not been before this Court previously.
(  ) This case has been before this Court previously.  The short title, docket number, and citation are: _____

(  ) Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
10/25/2024 _____ OR that (  ) I applied for admission on _____ or renewal on
_____.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: TIFFANY LEE Digitally signed by TIFFANY LEE Date: 2026.04.13 13:28:55 -04'00'
Type or Print Name: Tiffany H. Lee
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
(  ) I am a pro se litigant who is not an attorney.
(  ) I am an incarcerated pro se litigant.